# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TUTORING CLUB, LLC,

         Plaintiff(s),

v.

MIRIAM Q. GRIEGO,

         Defendant(s).

2:13-CV-737 JCM (VCF)

# ORDER

Presently before the court is the matter of *Tutoring Club, LLC v. Griego*, case number 2:13-cv-00737-JCM-VCF.

On April 30, 2013, plaintiff Tutoring Club, LLC filed a complaint based on defendant's alleged unauthorized use of plaintiff's marks, amongst other conduct. (Doc. # 1). On June 25, 2013, defendant Miriam Q. Griego answered. (Doc. # 10).

On July 18, 2013, plaintiff filed a motion for preliminary injunction. (Doc. # 12). Plaintiff seeks to enjoin defendant from the use of plaintiff's name, marks, and other confidential information.

Defendant's response was due August 4, 2013. To date, defendant has not responded to the motion for preliminary injunction.[1] However, it is clear that defendant is aware of the pending motion.[2]

. . .

---

[1] Failure to respond to a motion constitutes consent to the motion. *See* Local Rule 7-2(d).

[2] Both of plaintiff's counsel received notice of this motion via CM/ECF electronic notification.

**James C. Mahan**
**U.S. District Judge**

Due to possible confusion about the continuing viability of the motion for preliminary injunction, the court will grant defendant additional time to oppose the motion. Defendant is ORDERED to file a response to plaintiff's motion for preliminary injunction within fourteen days of this order.

Accordingly,

IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED that defendant Miriam Q. Griego file a response to plaintiff's motion for preliminary injunction within fourteen days of entry of this order.

DATED August 9, 2013.

*/s/ James C. Mahan*
_____
**UNITED STATES DISTRICT JUDGE**